IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BOURDEX TELECOMMUNICATIONS, LTD., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: L-00-1792 |
| TECORE, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \*

## STIPULATION EXTENDING THE TIME WITHIN WHICH DEFENDANT HAS TO RESPOND TO PLAINTIFF'S COMPLAINT

The parties, by their respective undersigned counsel, hereby stipulate and agree that the Defendant, Tecore, Inc., shall have through and including Wednesday, July 19, 2000, to respond to the Complaint filed by Plaintiff in the above-captioned action.

_____     _____
Michael D. DeMartin           Gary S. Posner
8 East Mulberry Street         Ilana Subar (Bar No. 25181)
Baltimore, MD 21202            WHITEFORD, TAYLOR & PRESTON, L.L.P.
(410) 727-8550                 Seven Saint Paul Street
                               Baltimore, MD 21202
                               (410) 347-8700

*Attorney for Plaintiff,*      *Attorneys for Defendant,*
*Bourdex Telecommunications, Ltd.*   *Tecore, Inc.*

APPROVED THIS 14th DAY OF July, 2000

_____
BENSON EVERETT LEGG, U.S.D.J.

2

**SO APPROVED AND ORDERED** this _____ day of _____, 2000:

_____
Judge,
U.S. District Court for the District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13Th day of July, 2000, a copy of the foregoing Stipulation Extending the Time Within Which Defendant Has to Respond to Plaintiff's Complaint was mailed, first-class postage prepaid, to:

    Michael D. DeMartin, Esquire
    8 East Mulberry Street
    Baltimore, MD 21202

JUL 1 3 2000

_____
Ilana Subar

1290338