IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| BOURDEX TELECOMMUNICATIONS, LTD | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | | Civil Action No.: L-00-1792 |
| | * | |
| TECORE, INC. | | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It is hereby **ORDERED AND APPROVED** this 4TH day of August 2000 that the Plaintiff Bourdex, Telecommunications, Ltd., shall have through and including Friday, August 11, 2000, to respond to the Motion to Dismiss filed by the Defendant in the above-captioned case.

_____
Judge
United States District Court

____FILED   ____ENTERED
____LODGED  ____RECEIVED

AUG 4 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY