IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BOURDEX TELECOMMUNICATIONS, LTD. | * | |
| Plaintiff | * | |
| v. | * | Civil Court Action No:   L-00-1792 |
| TECORE, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \*

### JOINT AMENDED SETTLEMENT ORDER
### (LOCAL RULE 111.1)

Good cause having been shown and by consent of both parties it is this 9th day of Sept, 2000

**ORDERED**, that the settlement order of August 10, 2000 is hereby amended to allow the parties an additional sixty (60) days to finalize settlement. This action is hereby dismissed without prejudice through and including November 8, 2000. Either party may move within that time to reopen this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail copies of this order to counsel of record.

Date: 9/9/00

Benson Everett Legg
United States District Judge

1300782