IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOURDEX TELECOMMUNICATIONS, :
LTD.
:
:
       Plaintiff :
:
v. : Civil #L-00-1792
:
TECORE, INC. :
:
       Defendant :

..........................

O R D E R

The Clerk is directed to ADMINISTRATIVELY CLOSE this case. Either side may reopen by filing a motion demonstrating good cause. After the settlement has been carried out, counsel shall move to reopen the case so that it may be dismissed with prejudice.

Dated:  November 8, 2000

                                                                 Benson Everett Legg
                                                                 United States District Judge

