IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| BOURDEX TELECOMMUNICATIONS, LTD | * |
| Plaintiff | * |
| v. | Civil Action No.: L-00-1792 |
| TECORE, INC. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT AMENDED SETTLEMENT ORDER
### (LOCAL RULE 111.1)

Good cause having been shown and by consent of both parties it is this 10th day of November, 2000

**ORDERED**, that the settlement order of September 9, 2000 is hereby amended to allow the parties an additional sixty-one (61) days to finalize settlement. This action is hereby dismissed without prejudice through and including January 8, 2001. Either party may move within that time to reopen this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mail copies of this order to counsel of record.

_Nov. 10, 2000_
Date

_Benson Legg_
Benson Everett Legg
United States District Court Judge