IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **BOURDEX TELECOMMUNICATIONS, LTD.** | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:   L-00-1792 |
| TECORE, INC. | * | |
| Defendant | * | |

### ORDER

IT IS HEREBY **ORDERED**, this 17TH day of January 2001, that this action be reopened for purposes of consideration of the Plaintiff's Response to the Defendant's Motion to Dismiss.

It is further **ORDERED**, that the action be dismissed without prejudice.

THE CLERK SHALL CLOSE THE CASE

_____
Benson Everett Legg
United States District Court Judge

